# EXHIBIT A

EXHIBIT A

## STATE OF MISSISSIPPI
## IN THE CHANCERY COURT OF HARRISON COUNTY 2ND JUDICIAL DISTRICT

| | |
|---|---|
| ADAM DUVALL DAVIS SR<br><br>Plaintiff<br><br>-vs-<br><br>AMI TSUMANUMA DAVIS<br><br>Defendant | CIVIL ACTION CAUSE NO. 24CH2:18-cv-00558-GB |

### AFFIDAVIT

I, Ty Bailey-Process Server/Motor City Legal Process Servers LLC:, of 607 Shelby St. Suite 700 Detroit, in Wayne, Michigan, MAKE OATH AND SAY THAT:

1. On 09-06-23 at 6:15pm; I attempted to serve AMI TSUMANUMA DAVIS at 18073 Pinehurst Street, Detroit, Michigan;

    No Answer;No Cars in Driveway

    Documents listed Below that was attempted to be given:

    1) SUMMONS #24CH2:18-cv-00558-GB
    2) PETITION TO CITE FOR CONTEMPT

    Documented and Photos/BodyCam Retained On file.

Page 1 of 3

2. On 09-09-23 at 8am: I attempted to serve AMI TSUMANUMA DAVIS at 18073 Pinehurst Street, Detroit, Michigan;

   No Answer;No Cars in Driveway

   Documents listed Below that was attempted to be given:

   1) SUMMONS #24CH2:18-cv-00558-GB
   2) PETITION TO CITE FOR CONTEMPT

   Documented and Photos/BodyCam Retained On file.

3. On 09-11-23 at 7:15pm; I attempted to serve AMI TSUMANUMA DAVIS at 18073 Pinehurst Street, Detroit, Michigan;

   Spoke to Vaughan Gill at 18073 Pinehurst Street, Detroit, Michigan, He states AMI TSUMANUMA DAVIS is not there. Mr. Gill is hindering service of process by lying to us and prohibiting us from speaking with her. Her vehicle is in the driveway as well as two other vehicles being Ford F150's photos is attached. Motion for alternative service is needed for evading service of process.

   Mr Vaughan Gill is Attempting to Threaten us with Verbal Threats.

   Documents listed Below that was attempted to be given:

   1) SUMMONS #24CH2:18-cv-00558-GB
   2) PETITION TO CITE FOR CONTEMPT

   Documented and Photos/BodyCam Retained On file.

STATE OF MICHIGAN

COUNTY OF WAYNE

SUBSCRIBED AND SWORN TO BEFORE ME, on the __14TH__ day of __SEPTEMBER__, __2023__

Signature _____
(Seal)
NOTARY PUBLIC
My Commission expires:
__10/27/2026__

_____
(Signature)

Ty Bailey-Process Server/Motor City Legal Process Servers LLC:

MARIO D HALL
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My commission expires October 27, 2026
Acting in the County of WAYNE

Page 3 of 3

©2002-2023 LawDepot.com®