# EXHIBIT D

EXHIBIT D

## IN THE <u>MUNICIPAL</u> COURT OF <u>BILOXI</u>, MISSISSIPPI

<u>ADAM DAVIS_____</u>                                                PETITIONER

VS.                                                        CAUSE NO. <u>_23-0027_____</u>

<u>AMI DAVIS_____</u>                                              RESPONDENT

                                          FILED: _____<u>4/4/2023_____</u>

---

### ORDER TO DISSOLVE DOMESTIC ABUSE PROTECTIVE ORDER

---

**THERE CAME ON FOR CONSIDERATION THIS DAY,** after conference with Chancelor Bice, the Chancery Court of Harrison County, MS, to dissolve the Ex-Parte Domestic Abuse Protective Order dated April 4, 2023 previously entered by this Court. The Court does find the motion to be well-taken and does hereby order and adjudge as follows:

1. The Ex-Parte Domestic Abuse Protective Order entered by this Court on the <u>4th</u> day of <u>April, 2023,</u> and all terms contained therein, shall be immediately dissolved.
2. The court clerk shall provide Law Enforcement with a copy of this Order for service on Respondent.
3. The court clerk shall provide Petitioner with a certified copy of this Order. The court clerk shall further submit copies of said Order to Law Enforcement and to the Office of the Attorney General to be maintained in the Mississippi Protective Order Registry.

**SO ORDERED AND ADJUDGED,** this the <u>_4th_</u> day of <u>April, 2023</u>

_____
Municipal Judge

*(Seal: STATE OF MISSISSIPPI / CITY OF BILOXI / HARRISON COUNTY)*