# EXHIBIT F

EXHIBIT F

| 01/12/2023 | 🔗🔍📎📧 75 | MOTION for Temporary Restraining Order by Plaintiff AMI TSAMANUMA DAVIS (Barber, John) (Entered: 01/12/2023) |
|---|---|---|
| 01/12/2023 | 🔍📎📧 76 | CERTIFICATE of Counsel re 75 MOTION for Temporary Restraining Order by John Paul Barber on behalf of AMI TSAMANUMA DAVIS. (Barber, John) (Entered: 01/12/2023) |
| 01/13/2023 | 🔍📎📧 77 | NOTICE of Court Setting:Contempt/Modification set for 4/5/2023 09:00 AM in Stone County before Carter Bise. (BP) (Entered: 01/13/2023) |
| 03/29/2023 | 🔍📎📧 78 | *Amended* ANSWER to Complaint, Amended COUNTERCLAIM against ADAM DUVALL DAVIS by AMI TSAMANUMA DAVIS. (Barber, John) (Entered: 03/29/2023) |
| 04/03/2023 | 🔍📎📧 79 | ORDER FOR RETURN OF MINOR CHILDREN FROM VISITATION. Signed by Judge Carter Bise on 4/1/2023. 3CC (RT) (Entered: 04/03/2023) |
| 04/03/2023 | 🔗🔍📎📧 80 | Emergency MOTION for Temporary Relief*, Citation of Contempt, and for Habeas Corpus* by Plaintiff AMI TSAMANUMA DAVIS, Defendant ADAM DUVALL DAVIS (Barber, John) (Entered: 04/03/2023) |
| 04/04/2023 | 🔍📎📧 81 | ORDER GRANTING EX PARTE TEMPORARY RESTRAINING ORDER. Signed by Judge Carter Bise on 4/4/2023. CERTIFIED COPIES MAILED TO ATTORNEYS (RT) (Entered: 04/04/2023) |
| 04/11/2023 | 🔍📎📧 82 | SUBPOENA DUCES TECUM ISSUED TO City of Detroit Law Department for Production/Inspection. (Miller, Melissa) (Entered: 04/11/2023) |
| 04/14/2023 | 🔍📎📧 83 | LETTER *regarding return of the minor children* by AMI TSAMANUMA DAVIS. (Barber, John) (Entered: 04/14/2023) |
| 04/19/2023 | 🔍📎📧 84 | ORDER EXECUTED BY BILOXI PD AND HARRISON COUNTY (Miller, Melissa) Service Type : Children returned to their mother (Miller, Melissa). (Entered: 04/19/2023) |
| 04/27/2023 | 🔍📎📧 85 | *Reply* ANSWER to 78 Answer to Complaint, Counterclaim by ADAM DUVALL DAVIS. (Bristol, Christopher) (Entered: 04/27/2023) |
| 06/08/2023 | 🔗🔍📎📧 86 | MOTION to Set Aside 81 Order by Defendant ADAM DUVALL DAVIS (Bristol, Christopher) (Entered: 06/08/2023) |
| 06/16/2023 | 🔍📎📧 87 | AGREED ORDER. Signed by Judge Carter Bise on 6/16/2023. COPIES GIVEN (RT) (Entered: 06/16/2023) |
| 08/30/2023 | 🔍📎📧 88 | PETITION FOR CONTEMPT by Defendant ADAM DUVALL DAVIS (RT) (Entered: 08/30/2023) |
| 08/30/2023 | 🔍📎📧 89 | Rule 81 SUMMONS Issued for service upon AMI TSAMANUMA DAVIS. (RT) (Entered: 08/30/2023) |
| 08/31/2023 | 🔍📎📧 | Set/Reset Hearings: PETITION FOR CONTEMPT set for 9/13/2023 09:00 AM in Biloxi Chancery Courtroom 1 before Carter Bise. (BP) |