# EXHIBIT M

EXHIBIT M

08:32

**Message requests**

Edit

You may know                    Spam

Open a chat to get more info about who's messaging you. They won't know you've seen it until you reply.
**Choose who can message you**

**Vaughn Gill**
Vaughn sent an attachment. · Sep 11, 2023

**T Kyle Bryant**
Hey Adam! I saw you were lo... · Nov 23, 2021

**melody_schuelein1**
How are you doing? · Aug 15, 2021

**Adub Israel**
Adub sent a photo. · May 17, 2021

**Nikol Swede**
you know maica is cheating y... · Jun 25, 2019

Chats        Meta AI        Stories