UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**NOTICE OF ASSIGNMENT**

Date case was filed: 2/11/2025

Your case against William Tisdale, et al has been assigned Civil Action No. 1:25cv39LG-BWR and has been referred to the following Judges:

| *District Judge* | | *Magistrate Judge* | |
|---|---|---|---|
| ☐ | Henry T. Wingate | ☐ | Michael T. Parker |
| ☐ | Daniel P. Jordan III | ☐ | LaKeysha Greer Isaac |
| ☐ | Sul Ozerden | ☐ | Andrew S. Harris |
| ☐ | Carlton W. Reeves | ☐ | Robert P. Myers, Jr. |
| ☐ | Kristi H. Johnson | X | Bradley W. Rath |
| ☐ | Taylor B. McNeel | | |
| ☐ | David Bramlette, III (Senior Judge) | | |
| ☐ | Tom S. Lee (Senior Judge) | | *Division* |
| X | Louis Guirola, Jr. (Senior Judge) | | Clerk's Office, Southern Division |
| ☐ | Keith Starrett (Senior Judge) | | 2012 15th Street, Suite 403 |
| | | | Gulfport MS   39501 |

It is your responsibility to see that all pleadings and correspondence filed with this Court regarding this case contain the civil action number and judge designations.

If you wish to have a stamped filed copy of any pleading or document filed in this case returned to you, you will need to send an extra copy of the document along with a stamped self-addressed envelope.   If you do not send an extra copy of the documents <u>and</u> a stamped self-addressed envelope, this Court will be unable to return a copy to you.

<u>NOTICE FOR CHANGE OF ADDRESS</u>:   When there is a change of address for the plaintiff, the plaintiff <u>must</u> notify this Court in writing in a separate document with the following specific information:   (1) state the civil action number of the case; (2) state that the plaintiff is requesting this Court to change his address of record; (3) state the new address of the plaintiff; and (4) if applicable, state the prisoner number of the plaintiff.

The failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the dismissal of your case.

PSP

Rev. 03/2024