# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| ADAM DUVALL DAVIS, SR., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM TISDALE, in his individual and official capacities; <br><br> CITY OF BILOXI, MISSISSIPPI;, <br><br> CARTER BISE, in his individual and official capacities, and other unnamed defendants, <br><br> Defendants. |  <br><br> Case No. 1:25-cv-00039-LG-BWR <br> Jury Trial Demanded <br> COMPLAINT FOR VIOLATION OF CIVIL RIGHTS, UNLAWFUL JUDICIAL ACTIONS, AND MUNICIPAL LIABILITY UNDER 42 U.S.C. §§ 1983 AND 1985(3) <br><br> (ATTACHMENT TO COMPLIANT) |

## **SUBMISSION OF VIDEO EVIDENCE**

### Statement Regarding Video Evidence Submission Format

Plaintiff originally prepared and purchased a USB drive containing the video evidence referenced in the Complaint for submission to the Court. However, upon inquiry with the Clerk's Office, Plaintiff was informed that, pursuant to federal court submission policies, the Court does not accept USB drives for electronic evidence. Instead, the Court requires all multimedia evidence to be submitted on DVD format in compliance with local and federal rules regarding digital evidence handling and security protocols.

To adhere to these requirements, Plaintiff has transferred the video files to a DVD and now submits the evidence in the proper format as directed by the Court. The enclosed DVD contains the eight (8) video exhibits referenced in the Complaint, clearly labeled according to their respective exhibit numbers for ease of reference.

Plaintiff respectfully requests that the Court accept this submission and consider the video evidence as part of the official record in support of the claims asserted in this action.

### List of Video Exhibits Contained on DVD

The following videos are submitted as evidence in support of Plaintiff's Complaint. Each file is labeled on the DVD according to its corresponding exhibit number.

1. Video 1 – Harrison County Sheriff Arrives to Pick Up Children
   *(Shows law enforcement interaction and its implications on Plaintiff's case.)*
2. Video 2 – Coercion and Abuse: Ami and Vaughn's Aggressive Attempt to Seize Yuuji's Phone
   *(Evidence of coercive tactics, intimidation, and abusive behavior.)*
3. Video 3 – Gill Walks to Car to Confront Yuuji D. Davis and Joseph D. Davis
   *(Demonstrates deliberate intimidation and aggressive behavior by Vaughn Gill.)*
4. Video 4 – January 29, 2023 Altercation – Incident Part 1
5. Video 5 – January 29, 2023 Altercation – Incident Part 2
6. Video 6 – January 29, 2023 Altercation – Incident Part 3
7. Video 7 – January 29, 2023 Altercation – Incident Part 4
8. Video 8 – January 29, 2023 Altercation – Incident Part 5

*(Videos 4-8 collectively document the events of the January 29, 2023, altercation and provide clear visual evidence of threats, intimidation, and violations relevant to Plaintiff's claims.)*

Certification of Authenticity

I, Hon. Adam Duvall Davis, Sr., affirm that the attached video evidence is an authentic and unaltered representation of events pertinent to this case. The submission is made in compliance with the Court's requirements and is intended to provide material evidence relevant to Plaintiff's claims.

Signature: _[signature]_
Printed Name: Hon. Adam Duvall Davis, Sr.
Date: 25FEB2025