IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HON. ADAM DUVALL DAVIS, SR., U.S. NAVY VETERAN        PLAINTIFF

v.                                                    Civil No. 1:25-cv-00039-LG-BWR

HON. WILLIAM TISDALE, *in his individual and official capacities;*
CITY OF BILOXI, MISSISSIPPI;
HON. CARTER BISE, *in his individual and official capacities;*
and OTHER UNNAMED DEFENDANTS                          DEFENDANTS

**NOTICE OF DELAY AND REQUEST FOR STATUS ON OBJECTION TO REPORT AND RECOMMENDATION**

COMES NOW Plaintiff, Hon. Adam Duvall Davis, Sr., pro se, and respectfully submits this Notice of Delay and Request for Status in the above-captioned case.

1. On April 3, 2025, Magistrate Judge Bradley W. Rath issued a Report and Recommendation (ECF No. 6) regarding Plaintiff's Motion for Leave to Proceed In Forma Pauperis.
2. Plaintiff was provided only **10 days** to file Objections to the Report and Recommendation, which is shorter than the standard **14-day** period contemplated under Federal Rule of Civil Procedure 72(b)(2).
3. Plaintiff timely filed a detailed and comprehensive Objection on April 11, 2025 (ECF No. 7).
4. As of the date of this Notice (April 26, 2025), no ruling has been issued by the District Judge on Plaintiff's Objection.
5. Given the importance of the constitutional and statutory rights raised in this action, including issues involving 38 U.S.C. § 5301 protections, judicial impartiality, and child safety concerns, Plaintiff respectfully requests clarification on the status of the pending Objection.
6. Plaintiff respectfully emphasizes that judicial efficiency and due process require timely adjudication of dispositive filings, particularly where a shortened response window was imposed.
7. Plaintiff seeks only fair and prompt adjudication in the interest of justice and preservation of appellate rights.

WHEREFORE, Plaintiff respectfully requests that the Court provide a status update regarding the pending Objection (ECF No. 7) and advise whether further action is required on Plaintiff's part.

Respectfully submitted this 28th day of April, 2025.

**Hon. Adam Duvall Davis, Sr.**
870 Ellington Drive
Biloxi, MS 39532
Plaintiff, Pro Se