IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| HON. ADAM DUVALL DAVIS, SR., U.S. NAVY VETERAN | PLAINTIFF |
| v. | CAUSE NO. 1:25CV39-LG-BWR |
| HON. WILLIAM TISDALE, in his individual and official capacities; CITY OF BILOXI, MISSISSIPPI; HON. CARTER BISE, in his individual and official capacities; and OTHER UNNAMED DEFENDANTS | DEFENDANTS |

**ORDER CONCERNING PLAINTIFF'S [8] MOTION FOR RULING ON PENDING OBJECTION TO REPORT AND RECOMMENDATION OR, IN THE ALTERNATIVE, TO EXPEDITE RULING AND [8] MOTION FOR EMERGENCY PROTECTIVE ORDER**

In this lawsuit filed pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1985, Plaintiff asks the Court for an expedited ruling on his [7] Objection to a [6] Report and Recommendation. He also asks the Court to grant him an "emergency protective order" or "temporary injunctive relief." Pl.'s Mot. [8] at 1.

The Court has entered a separate Order adopting the Report and Recommendation, overruling Plaintiff's Objection, and denying Plaintiff's [5] Motion for Reconsideration of the denial of his IFP application. As a result, Plaintiff's request for an expedited ruling on his objection is moot.

Since the Court has affirmed the denial of Plaintiff's IFP Motion and ordered him to pay the filing fee and administrative fee associated with this lawsuit, Plaintiff's Motion for an "emergency protective order" or "temporary injunctive

relief" is denied as premature. Plaintiff must pay the filing and administrative fees before the Court can grant him any relief. Furthermore, Plaintiff is notified that he must comply with this Court's Local Rules, which require parties to file a memorandum of authorities with all motions, "other than motions or applications that may be heard ex parte or those involving necessitous or urgent matters." *See* L.U. Civ. R. 7(b)(4).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's [8] Motion for Ruling on Pending Objection to Report and Recommendation or, in the Alternative, to Expedite Ruling is **MOOT**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's [8] Motion for an "emergency protective order" or "temporary injunctive relief" is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 27th day of June, 2025.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge