

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HON. ADAM DUVALL DAVIS, SR., U.S. NAVY VETERAN**        PLAINTIFF

v.                                   Civil No. 1:25-cv-00039-LG-BWR

**HON. WILLIAM TISDALE**, *in his individual and official capacities;*
**CITY OF BILOXI, MISSISSIPPI;**
**HON. CARTER BISE**, *in his individual and official capacities;*
and **OTHER UNNAMED DEFENDANTS**                        DEFENDANTS

### PLAINTIFF'S NOTICE OF RELATED CASE UNDER LOCAL RULE 5(b)(2)(B)

COMES NOW Plaintiff Hon. Adam Duvall Davis, Sr., pro se, and files this Notice of Related Case pursuant to Local Rule 5(b)(2)(B) of the Uniform Local Rules of the U.S. District Courts for the Northern and Southern Districts of Mississippi, and states as follows:

1. Plaintiff hereby notifies the Court that this action is related to proceedings previously and concurrently pending in the Chancery Court of Harrison County, Mississippi, First Judicial District, concerning custody, visitation, domestic abuse protective orders, and child safety.
2. Specifically, this federal case arises in substantial part from events and orders issued in:
   - In the Matter of the Guardianship of K.D.D., No. 2025-AP-00674 or Case No. 24CH218-cv-00558,
   - As well as protective orders originally issued in Biloxi Municipal Court in early 2024,
   - And further proceedings affected by Chancellor Carter Bise's recusal order dated June 2, 2025, and the district-wide judicial recusal order of June 5, 2025, followed by the Mississippi Supreme Court's appointment of Special Chancellor J. Larry Buffington on June 17, 2025.
3. The federal complaint alleges violations of Plaintiff's constitutional rights arising from the improper dissolution of a Domestic Abuse Protection Order, judicial overreach by Chancery and Municipal Court judges, denial of procedural due process, and suppression of federal VA benefits in violation of the Supremacy Clause.
4. These state court matters form the factual and legal basis for Plaintiff's claims under 42 U.S.C. §§ 1983 and 1985(3), including:
   - Improper judicial coordination to dissolve a protective order without hearing or notice;
   - Ongoing retaliation and bias in child custody proceedings;
   - State-created danger doctrine violations stemming from those orders.

5. Accordingly, this case involves substantially overlapping parties, facts, legal issues, and judicial actors with the referenced state proceedings.

WHEREFORE, Plaintiff submits this Notice in the interest of judicial economy and transparency and requests that the Clerk and the Court take appropriate administrative notice of the related state proceedings as required by Local Rule 5(b)(2)(B).

Respectfully submitted,
DATED: JULY 7th, 2025

_____
Hon. Adam Duvall Davis, Sr.

Pro Se Plaintiff
870 Ellington Drive
3375048179
adubthe@gmail.com