

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HON. ADAM DUVALL DAVIS, SR., U.S. NAVY VETERAN        PLAINTIFF

v.        Civil No. 1:25-cv-00039-LG-BWR

HON. WILLIAM TISDALE, *in his individual and official capacities;*
CITY OF BILOXI, MISSISSIPPI;
HON. CARTER BISE, *in his individual and official capacities;*
and OTHER UNNAMED DEFENDANTS        DEFENDANTS

## PLAINTIFF'S MOTION FOR LEAVE TO FILE ADDITIONAL EXHIBITS IN SUPPORT OF MOTION TO VACATE VOID JUDGMENT AND FOR JUDICIAL DISQUALIFICATION

COMES NOW the Plaintiff, Hon. Adam Duvall Davis, Sr., pro se, and respectfully moves this Court for leave to file additional exhibits in support of his pending Motion to Vacate Void Judgment under Fed. R. Civ. P. 60(b)(4) and for Judicial Disqualification under 28 U.S.C. § 455(a). In support thereof, Plaintiff states as follows:

1. Since the filing of the original motion, Plaintiff has obtained new and highly relevant documents that are directly material to the issues raised concerning judicial bias, constitutional violations, and improper judicial coordination in the underlying state court proceedings.
2. Specifically, Plaintiff seeks leave to file the following three exhibits:
    - **Exhibit A**: June 2, 2025 Order of Recusal by Chancellor Carter Bise, disqualifying himself from further participation in Plaintiff's underlying custody case due to concerns over impartiality and fairness.
    - **Exhibit B**: June 5, 2025 Order of Recusal by the entire 8th Chancery Court District of Mississippi, collectively recusing all sitting chancellors from Plaintiff's case.
    - **Exhibit C**: June 17, 2025 Order from the Mississippi Supreme Court appointing Special Chancellor J. Larry Buffington to preside in the matter due to the district-wide recusal.
3. These orders confirm the existence of judicial bias and impropriety at the state level, which supports Plaintiff's request that this federal case be reassigned under 28 U.S.C. § 455(a) and that the prior judgment be vacated as void.
4. The requested exhibits are necessary for a complete and accurate record and will assist the Court in understanding the full constitutional scope of the Plaintiff's claims.
5. No party will be prejudiced by the filing of these supplemental exhibits, and their inclusion serves the interests of justice and judicial economy.

WHEREFORE, Plaintiff respectfully requests that this Court grant him leave to file the aforementioned additional exhibits and direct the Clerk to accept and docket Exhibits A through C as part of the record in support of Plaintiff's Motion to Vacate Void Judgment and for Judicial Disqualification.

Respectfully submitted,

DATED: JULY 7th, 2025

_____
Hon. Adam Duvall Davis, Sr.
Pro Se Plaintiff
870 Ellington Drive
3375048179
adubthe@gmail.com