IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **HON. ADAM DUVALL DAVIS, SR., U.S. Navy Veteran** | **PLAINTIFF** |
| v. | **CAUSE NO. 1:25cv39-LG-BWR** |
| **HON. WILLIAM TISDALE, in his individual and official capacities; CITY OF BILOXI, MISSISSIPPI; HON. CARTER BISE, in his individual and official capacities; and OTHER UNNAMED DEFENDANTS** | **DEFENDANTS** |

## FINAL JUDGMENT

For the reasons set forth in the Order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is **DISMISSED WITHOUT PREJUDICE** for failure to timely pay the required filing fee.

**SO ORDERED AND ADJUDGED** this the 19th day of November, 2025.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE